ceased had on deposit in the "Employees' Saving Fund of the Pennsylvania Lines west of Pittsburg." The defense was that said sum was not a part of the estate of the deceased and that it was paid to the mother of the deceased, who was rightfully entitled thereto. From a judgment in favor of defendant, plaintiff brings error.

DAVID G. EINSTEIN, for plaintiff in error.

LOESCH, SCOFIELD & LOESCH, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*presumption in the absence of a correct statement of facts.* In the absence of a correct statement of the facts appearing upon the trial, it must be presumed that there was sufficient evidence to warrant the finding and judgment.

2. MUNICIPAL COURT OF CHICAGO, § 26*—*when statement of facts insufficient.* A statement of facts reciting that the cause was heard on a stipulation of facts is insufficient where such stipulation is not appended to or in anyway made a part of the statement of facts.

3. APPEAL AND ERROR, § 761*—*when stipulation of facts is not a part of the record.* A stipulation of facts appearing in the transcript of the record as having been filed in the cause is not a part of the record so that it may be considered on review.

---

## N. Mazzarella, Plaintiff in Error, v. Olives Kamberos, Defendant in Error.

### Gen. No. 18,534.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed December 4, 1913.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Statement of the Case.

Action by N. Mazzarella against Olives Kamberos to recover fifty dollars claimed to be due to plaintiff for goods sold and delivered to defendant. Defendant filed a statement of set-off or counterclaim for seventy dollars which he claimed to be due to him from plaintiff in a transaction unconnected with plaintiff's cause of action. From a judgment in favor of defendant for twenty dollars, entered on a finding against plaintiff on defendant's claim of set-off, plaintiff brings error.

CAIROLI GIGLIOTTI, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*presumption in the absence of statement of facts, etc.* In the absence of a statement of facts, stenographic report or bill of exceptions, presumed that there was sufficient evidence to warrant the finding and judgment.

2. MUNICIPAL COURT OF CHICAGO, § 26*—*what transcript of record must disclose.* Error of court in denying plaintiff's motions to strike defendant's statement of set-off from the files cannot be considered where the transcript of the record does not disclose that such motion and ruling were made.

3. SET-OFF AND RECOUPMENT, § 38*—*burden of proof.* Burden of proof is upon defendant to establish the existence and validity of his claim of set-off by a preponderance of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.